No. D–829. IN RE DISBARMENT OF ISIS. It is ordered that Herman T. Isis, of Coral Gables, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–830. IN RE DISBARMENT OF NICHOLSON. It is ordered that Brandt Nicholson, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–831. IN RE DISBARMENT OF BRASS. It is ordered that E. Lawrence Brass, of Hempstead, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–832. IN RE DISBARMENT OF BATKIN. It is ordered that Lewis M. Batkin, of Hempstead, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–833. IN RE DISBARMENT OF LAIRD. It is ordered that Joseph R. Laird, Jr., of Sherman Oaks, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–834. IN RE DISBARMENT OF RAIKOS. It is ordered that John D. Raikos, of Indianapolis, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–835. IN RE DISBARMENT OF THORP. It is ordered that Charles Monroe Thorp III, of Pittsburgh, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 74, Orig. GEORGIA v. SOUTH CAROLINA. Motion of South Carolina for leave to file a rebuttal brief granted. [For earlier order herein, see, e. g., ante, p. 802.]